UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:18-CV-00226-GFVT

*Eastern District of Kentucky*
*FILED*
*OCT 29 2018*
*AT LONDON*
*ROBERT R. CARR*
*CLERK U.S. DISTRICT COURT*

In re: Hwy 1955, Red Hill, Livingston, KY 40445

UNITED STATES OF AMERICA      PLAINTIFF,

VS:

GLENDA JEAN SLUSHER,
UNKNOWN SPOUSE OF GLENDA JEANE SLUSHER, and
DANIEL BOONE DEVELOPMENT COUNCIL, INC.,      DEFENDANTS.

ANSWER

The Defendant, GLENDA JEANE SLUSHER, submits the following as her Answer to the Complaint by the Plaintiff, the UNITED STATES OF AMERICA:

1). Admit - to the best of my knowledge.

2). Admit - to the best of my knowledge.

3). Admit - yes loan was originated to Callie Slusher.

4). Admit - yes loan was originated to Callie Slusher.

5) Admit - yes mortgage was placed.

6). Admit - yes, I, Glenda Slusher, assumed the loan after my mom's passing. However, I was never sent billing statements, like my mother recieved. I went twice, maybe more, can't remember exactly to the local USDA office asking for help →

in trying to get the bills and mailing address fixed. I continued to send payment using my mom's old acct. number. Until October of 2017 my money order was returned, said unable to process due to process of foreclosure. Made 2 more trips to local USDA office, was told had to talk to centralized servicing center due to them not being able to access the system at the local office. Called servicing center, No answer, or left on hold forever, then asked to leave a number and someone would return your call. Which never happened.

7) Admit - yes I signed that.

8) Admit - yes - property was willed to me at my mom's passing.

9) Admit - yes that is the real property on lien, also
   Deny - Wish no foreclosure. Request loan to be reamortized so I can make my payments.

10) Deny - Payments were made up until October 2017 ~~when money~~ At that time money order was sent back. Can't make payments on something when they

I am very willing to make my payments.

11) Deny - willing to make payments or refinace, re-mortgage whatever it takes to keep my home.

12) Deny - home is occupied by me, Glenda Slusher.

13) Admit - I agree to what I owe.

14) Admit - I agree to what I owe, however, disagree with ~~the~~ and feel I should be given a chance to pay my debt. I will ~~~~ pay my debt. USPA didn't follow thru on sending billing statements and getting paperwork processed in a timely manner.

15) Admit - I am not married.

16) Admit - Yes I owe both agencies. However will state once again I will pay my mortgage, given the chance, Need a proper acct number and billing statements sent to me.

17) Admit - property shouldn't be ~~under~~ ~~sold~~ sold. I want to make my payments.

over →

18) Admitt

19) Admit.

I am requesting a relief. I think I should be allowed to make my payments, when clearly stated out to me what I am to pay, instead of me guessing what to send to the USDA office. As previously stated in Answer #6. I made several attempts to get mortgage in order. Once again, I was not sent billing statements showing my balance and what I owe.

If you look at all the exhibits, the USDA-United States, has presented as evidence there isn't a single piece of paper showing what I was to pay. I made payments to them, guessing as to what I needed to pay. If they had processed my paperwork and gave me a billing statement then my payment would have been paid.

(Exhibits - A - G.) I am mailing this answer, rather than filing electronically, because I do not have reasonable access to a computer.

Glenda Jean Slusher

Mailed to:
George Mason Law firm
3070 Lakecrest Circle
ste 400 PMB 278
Lexington, ky 40513

Michael Cunnagin
P.O. Box 1070
London, ky
40743

US District Court
Eastern District of ky
310 S. Main street
London, ky 40741