UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO. 6:18-cv-226-GFVT
*Filed Electronically*

**In re: HWY 1955, Red Hill, Livingston, KY 40445**

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | |
| GLENDA JEAN SLUSHER | |
| UNKNOWN SPOUSE OF GLENDA JEAN SLUSHER | |
| DANIEL BOONE DEVELOPMENT COUNCIL, INC. | DEFENDANTS |

## STATUS REPORT

\*\*\*\*\*\*\*\*

Comes now the Plaintiff, the United States of America, by and through counsel, and hereby provides the following information regarding the status of this matter.

The Defendant, Glenda Jean Slusher, initially contacted Plaintiff to request settlement of this foreclosure action. The Plaintiff, by and through the USDA Rural Housing field office, has been working with the Defendant to settle the delinquency in her account. The agreed to re-amortization plan which would have brought the Defendant's loan current has, as of the date of this Status Report, not been followed by Defendant with no payments having been made.

The Plaintiff, therefore, has been unable to bring this case to a settlement, and shall at this time continue to prosecute this foreclosure action.

Counsel for Plaintiff requests that this Honorable Court accept this Status Report, and allow this cause of action to remain on the active docket.

Respectfully Submitted,

By: /s/ A. George Mason, Jr.
Attorney for the Plaintiff
George Mason Law Firm, PSC
3070 Lakecrest Circle
Suite 400, PMB 278
Phone: (859) 224-8277
Fax: (859) 296-2998
george@georgemasonlf.com

CERTIFICATE OF SERVICE

       This will certify that I electronically filed the foregoing into the Court's record of this action by using the Court's CM/ECF Electronic Filing System, and that any order or judgment United States of America proposes in connection therewith is an attachment to the filing.

       This will further certify that a true and correct copy of the foregoing, together with a copy of any order or judgment United States of America proposes in connection herewith, has been served as follows:

**-Via CM/ECF**

Michael Cunnagin
Attorney for Defendant/Cross Claimant
Daniel Boone Community Action Agency, Inc.
fka Daniel Boone Development Council, Inc.
P.O. Box 1070
London, KY 40743-1070


**-Via U.S. Postal Service, postage prepaid**

Glenda Jean Slusher
PO Box 145
Livingston, KY 40445-0145

Unknown Spouse of Glenda Sue Slusher
HWY 1955 Red Hill
Livingston, KY 40445


                              By: /s/ A. George Mason, Jr.
                              Attorney for the Plaintiff
                              George Mason Law Firm, PSC